UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CYNTHIA LANDRY | * |
| VERSUS | |
| | *   Case No.: |
| PINNACLE HEALTH FACILITIES OF LOUISIANA LLC-DBA MORGAN CITY HEALTH CARE CENTER | * |

\* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §1441(b)
(Diversity)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Pinnacle Health Services of Louisiana, LLC hereby removes to this Court the state court action described below:

1. On September 24, 2012, an action was commenced in the Sixteenth Judicial District Court of the State of Louisiana in and for the Parish of St. Mary, entitled Cynthia Landry, Plaintiff, vs. Pinnacle Health Facilities of Louisiana, LLC d/b/a Morgan City Health Care Center, Defendant, as Case No. 125197 "A," a copy of which petition is attached hereto as Exhibit "A."

2. The first date upon which defendant received a copy of the said complaint was October 2, 2012, when defendant was served with a copy of the said complaint and a summons from the said state court.  A copy of the state court citation is attached hereto as Exhibit "B."

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because it involves a claim for wrongful death and a survival action on behalf of plaintiff's mother.

4. Defendant is informed and believes that plaintiff Cynthia Landry was, and still is, a citizen of the State of Louisiana.  Defendant was, at the time of the filing of this action, and still is, a limited liability company formed under the laws of the State of Texas, the sole member of which is Thomas D. Scott, a resident of the State of Texas, which is the only defendant that has been named and served in this action.

Respectfully submitted,

/s/ Matthew K. Brown
Michael M. Meunier, T.A. (Bar No. 17056)
Matthew K. Brown (Bar #18571)
SULLIVAN STOLIER KNIGHT, LC
909 Poydras Street, Suite 2600
New Orleans, Louisiana 70112
Telephone: (504) 561-1044
Facsimile: (504) 561-8606
**Counsel for Defendant**